UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -against-

Michael Gundersen

                                    Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20    -CR- 1290 ) ( )

Defendant __Michael Gundersen_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

__X__ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__ Bail/Detention Hearing

____ Conference Before a Judicial Officer

__/s/ with consent__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Michael Gundersen**
Print Defendant's Name

__[signature]__
Defendant's Counsel's Signature

**Daniel L. Bibb**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**12/3/2020**
Date

__[signature]__
U.S. District Judge/U.S. Magistrate Judge